UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION


**RAPHAEL SCOTT and
DANNISE SCOTT,**

    **Plaintiffs,**

v.                                                          Civil No. 17-2693-SHM

**ALLSTATE VEHICLE AND PROPERTY
INSURANCE COMPANY,**

    **Defendant.**


# JUDGMENT

    Decision by Court.  This action came for consideration before the Court.  The issues have been duly considered and a decision has been rendered.

    **IT IS ORDERED AND ADJUDGED** that this action is dismissed with prejudice in accordance with the Order, docketed September 24, 2018, adopting the Report and Recommendation of the magistrate judge.


**APPROVED:**


_s/  Samuel H. Mays, Jr._
SAMUEL H. MAYS, JR.
UNITED STATES DISTRICT JUDGE


_September 24, 2018_                              THOMAS M. GOULD
DATE                                              CLERK

                                                                                                    _s/  Zandra Frazier_
                                                                                                    (By) DEPUTY CLERK